**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT GUY BAKER, | No. CIV S-07-2049-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| BILL LOCKYER, et al., | |
| Defendants. | |

_____/

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 29, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.     The findings and recommendations filed February 29, 2008, are adopted in

3 full;

4         2.     This action is dismissed without prejudice; and

5         3.     The Clerk of the Court is directed to enter judgment and close this file.

6 Dated: May 6, 2008

7

8                 MORRISON C. ENGLAND, JR.
                UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26